**GERINGER, McNAMARA & HOROWITZ LLP**
COUNSELORS AT LAW
5 HANOVER SQUARE, 3rd FLOOR
NEW YORK, NEW YORK 10004

(212) 682-7050
TELECOPIER: (212) 867-5987

DAVID PAUL HOROWITZ**
JOHN T. McNAMARA*

PAULINE A. MASON,
MANAGING ATTORNEY

SALVATORE LAPETINA*
JEREMY T. MERKEL*
STEVEN M. WAGNER

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN MASSACHUSETTS

June 3, 2016

**VIA ECF**
U.S. Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *TVB Holdings (USA), Inc., et al., v. HTV International Ltd., et al.,*
Civil Action No. 16-CV-1489 (DLI)(PK)

Dear Magistrate Judge Kuo:

Please be advised that the undersigned is local counsel for the defendant HTV International Limited, in the above referenced matter.

There is presently scheduled for June 21, 2016, an initial conference in this matter. The purpose of this letter is to seek a brief adjournment of the initial conference in this matter. The reason for this request is that Timothy Wang, to whom this firm is serving as local counsel, is unavailable to appear for the initial conference in this matter. His unavailability is due to previously scheduled travel in an unrelated matter. We respectfully request a brief adjournment of the conference. This application is made with the consent of plaintiff's counsel, who is copied on this letter.

All counsel are available to proceed with the conference in this matter the week of June 27, assuming that is convenient for the Court. In the event that this week is not convenient for the Court, a date after July 7 is respectfully requested.

Thank you for your time and consideration in this matter.

Respectfully Submitted,

GERINGER, McNAMARA & HOROWITZ LLP

John T. McNamara

JTM/am

cc:  Lance Koonce, Esq.
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104

Timothy T. Wang, Esq.
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231