

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**George P. Wukoson**
212.603.6479 tel
212.379.5221 fax

georgewukoson@dwt.com

November 28, 2016

By ECF
Hon. Peggy Kuo
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *TVB Holdings (USA), Inc., et al. v. HTV International Limited,* et al., No. 16-cv-01489 (DLI)(PK), Plaintiffs' Motion to Compel Discovery

Dear Magistrate Judge Kuo:

On behalf of Plaintiffs, we write per Your Honor's order of November 23, 2016 to re-file the subpoenas enclosed with my letter of November 22, 2016, with updated dates. The updated subpoenas are enclosed. Thank you for your consideration of this matter.

Respectfully Submitted,

Davis Wright Tremaine LLP

*/s/ George P. Wukoson*

George P. Wukoson

cc: Tim Wang, Esq. (via ECF); Hao Ni, Esq. (via ECF); John T. McNamara, Esq. (via ECF); Neal G. Massand, Esq. (via ECF)

DWT 30815002v1 0103157-000004

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com