

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Robert Balin**
212-603-6440 tel
212-489-8340 fax

robbalin@dwt.com

December 8, 2017

**VIA ECF**

Hon. Peggy Kuo
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *TVB Holdings (USA), Inc. et al. v. HTV International Limited, et al.* **No. 16 Civ. 1489 (DLI) (PK)**
           **Status of Plaintiffs' Motion for Default Judgment**

Dear Magistrate Judge Kuo:

    I represent Plaintiffs TVB Holdings (USA), Inc., China Central Television, China International Communications Co., Ltd. and DISH Network L.L.C. ("Plaintiffs") in the above-captioned action.

    Upon receipt of Your Honor's Order dated December 6, 2017 requiring that Plaintiffs file proof of service of the Motion for Default Judgment [ECF Dkt. 62], we discovered that this office had inadvertently failed to serve the Motion for Default Judgment on Defendant HTV International Limited ("HTV").  We apologize to the Court for this oversight.

    We will promptly serve the Motion for Default Judgment on Defendant HTV and will file proof of service with this Court next week.

                                 Respectfully submitted,

                                   /s/ Robert D. Balin

cc:    HTV International Limited (via Email)

4849-3392-4440v.1 0103157-000006

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com