FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 10 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

TVB HOLDINGS (USA), INC.; CHINA CENTRAL TELEVISION; CHINA INTERNATIONAL COMMUNICATIONS, CO., LTD.; and DISH NETWORK L.L.C.,

    Plaintiffs,

v.

HTV INTERNATIONAL LIMITED, and JOHN DOES 1-10,

    Defendants.

Case No. 16 Civ. 1489 (DLI) (PK)

[PROPOSED] AMENDED JUDGMENT  *dli 7/6/18*

    An Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on March 30, 2018, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, dated March 9, 2018, granting Plaintiffs' motion for default judgment as against Defendant HTV International Limited; awarding Plaintiffs $46,140,000.00 consisting of $30,000.00 in statutory damages for each of 1,538 television episodes; permanently enjoining Defendant, its officers, agents, and employees from: (1) publicly performing, publicly displaying, transmitting, distributing, and/or reproducing CCTV and/or TVB television programming, including Plaintiffs' Copyrighted Programming; (2) inducing, encouraging, causing, facilitating, and/or materially contributing to the unauthorized public performance, public display, transmission, distribution, and/or reproduction by others of CCTV and/or TVB television programming, including Plaintiffs' Copyrighted Programming; and (3) distributing, selling, advertising, marketing, or promoting any h.TV, A1, or A2 device, or any comparable future device that, without permission, contains, connects to, offers for download, transmits, assists in the transmission of, streams, hosts, provides access to, or otherwise publicly performs, directly or indirectly, by means of any device or process, CCTV and/or TVB television

programming, including Plaintiffs' Copyrighted Programming; ordering non-party registries and registrars to disable domain names used by the h.TV, A1, and A2 devices, or any comparable future devices, and to transfer those domains to Plaintiffs; ordering non-party internet service providers and content hosting websites to cease providing hosting services to HTVI that relate to HTVI's infringing activity; dismissing the complaint as to John Does 1-10 for failure to prosecute; and directing the Clerk of Court to enter judgment in favor of Plaintiffs and close this case; it is

ORDERED and ADJUDGED that the Plaintiffs' motion for default judgment as against Defendant HTV International Limited ("Defendant") is granted; that Plaintiffs are awarded a total amount of $46,140,000.00; that Defendant, its officers, agents, and employees, are permanently enjoined from: (1) publicly performing, publicly displaying, transmitting, distributing, and/or reproducing CCTV and/or TVB television programming, including Plaintiffs' Copyrighted Programming; (2) inducing, encouraging, causing, facilitating, and/or materially contributing to the unauthorized public performance, public display, transmission, distribution, and/or reproduction by others of CCTV and/or TVB television programming, including Plaintiffs' Copyrighted Programming; and (3) distributing, selling, advertising, marketing, or promoting any h.TV, A1, or A2 device, or any comparable future device that, without permission, contains, connects to, offers for download, transmits, assists in the transmission of, streams, hosts, provides access to, or otherwise publicly performs, directly or indirectly, by means of any device or process, CCTV and/or TVB television programming, including Plaintiffs' Copyrighted Programming; that non-party registries and registrars are ordered to disable all second-level and third-level domain names, including but not limited to

those domains identified in the attached Exhibit A, used by the h.TV, A1, and A2 devices, or any comparable future devices, and to transfer those domains to Plaintiffs; that non-party internet service providers, content delivery network providers such as Cloudflare, Inc., and content hosting websites are ordered to cease providing hosting services to HTVI that relate to HTVI's infringing activity; that no decision will be issued on post-judgment discovery unless Plaintiffs make a specific post-judgment discovery request; that the complaint as to John Does 1-10 is dismissed for failure to prosecute; that judgment is hereby entered in favor of Plaintiffs; and that this case is closed.

Brooklyn, New York
Dated: ~~June~~ July 7, 2018

s/Dora L. Irizarry
Honorable Dora L. Irizarry
Chief United States District Judge

3

**Exhibit A**

| Domain Names |
| --- |
| www.htvmarket.com |
| mak.wak2p.com |
| img.p2mqt.com |
| wel.kabask.com |
| cnd2.kpv2u.com |
| qhwh.waks2.com |
| y2y.dlx4c.com |
| 3vv.jp3v0.com |
| pf3a.res4f.com |
| abcr.ftsym1.com |
| ipmarksrv.mkuspt.com |
| vzf.str2c.com |
| vfz.str2c.com |
| dchb.str2c.com |
| b1.str2c.com |
| dchb.str2c.com |
| vup.k2glu.com |
| lof.sty1x.com |
| cdab.p2mqt.com |
| ji1.mxq1b.com |
| mak.wak2p.com |
| pcdnbus.ou2sv.com |
| btyu.pifsq.com |
| qzx.ty3w2.com |
| yqx.hr6yz.com |
| pcdnfuc.ou2sv.com |
| pf3a.res4f.com |
| gt3.kt2wt.com |
| qoe.ar3qvx.com |
| abcr.ftsym1.com |
| hqp.t5pur.com |